THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEANETTE TOC, as Natural Parent and Guardian of A.B., a minor child | : : : |
| Plaintiff, | : 3:25-CV-292 |
| v. | : (JUDGE MARIANI) |
| WAL-MART STORES EAST, L.P. | : : |
| Defendant. | : |

**ORDER**

**AND NOW, THIS 17 DAY OF DECEMBER 2025,** upon consideration of Defendant Wal-Mart's motion to dismiss, motion to strike, and motion for a more definite statement, (Doc. 12), and the parties' submissions, **IT IS HEREBY ORDERED THAT:**

1. Defendant's motion to dismiss, (Doc. 12), is **DENIED**.

2. Defendant's motion to dismiss Plaintiff's request for punitive damages, (Doc. 12), is **DENIED**.

3. Defendant's motion to strike all references to the term "Individually" in Paragraphs 1 and 7 of the Amended Complaint, (Doc. 12), is **GRANTED** as unopposed.

4. Defendant's motion for a more definite statement, (Doc. 12), is **DENIED**.

Robert D. Mariani
United States District Judge